# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ASSOCIATION FOR ACCESSIBLE
MEDICINES,

               Plaintiff,

  - against -                Case No.

XAVIER BECERRA, in his official
capacity as Attorney General of the
State of California,

              Defendant.

## <u>DECLARATION OF BRIJ KHERA</u>

I, Brij Khera, declare:

1.     I am the Executive Vice President and Chief Legal Officer of Zydus Pharmaceuticals (USA) Inc. ("Zydus"). I have held that position for ten (10) years. I am knowledgeable about Zydus's recent and pending litigation activity.

2.     Zydus is a corporation organized and existing under the laws of New Jersey that has corporate offices in Pennington, New Jersey and is headquartered in Pennington, New Jersey.  Zydus has manufacturing facilities in India.

3.     Over the past ten (10) years, Zydus has filed one hundred and thirteen (113) Abbreviated New Drug Applications with Paragraph IV certifications.  In seventy-eight (78) of those cases, the relevant patent-holder responded to Zydus's filing by suing Zydus for patent infringement.

4.      Five (5) of those lawsuits were litigated to judgment.  Of those, Zydus prevailed in three (3).  The patent-holder prevailed in the remaining two (2).

5.      Forty-eight (48) of those lawsuits resulted in settlement.

6.      Based on settlement Zydus launched: Esomeprazole delayed-release capsules; Mesalamine delayed-release tablets, 800 mg; Tadalafil tablets; and Venlafaxine extended-release capsules.

7.      In addition to those already-completed infringement suits, Zydus is currently a defendant in the patent-infringement lawsuits set forth on the Annex hereto that were prompted by its filing of an Abbreviated New Drug Applications with Paragraph IV certification.

8.      Under any scenario, Zydus will be injured by operation of AB 824.  In light of the massive monetary penalties AB 824 exposes and the uncertainty it creates, Zydus likely will be forced to litigate every one of those pending patent-infringement lawsuits to judgment, even if a procompetitive settlement agreement could be reached.  Yet even prevailing in such litigation will not necessarily allow Zydus to bring its generic medicines to market.

9.      Moreover, Zydus is currently developing a number of new generic medicines.   Absent AB 824, Zydus likely would file Abbreviated New Drug Applications with Paragraph IV certifications for many of those new medicines.  Yet in light of AB 824, Zydus now likely will stay its hand and simply stay off the market

2

until the relevant patents all expire, lest it be forced to choose between being exposed to AB 824's sweeping penalties and spending millions of dollars and many years challenging every patent covering the relevant medicine all the way judgment. AB 824 will therefore cost Zydus millions of dollars no matter what choices it makes going forward.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Pennington, New Jersey on October 29, 2019.

_____
Brij Khera

**Annex**

Current Litigations

- Levomilnacipran Extended-Release Capsules (Forest v. Zydus 2:17-cv-10330)
- Carbidopa and Levodopa Extended-Release Capsules (Impax v. Zydus 2:17-cv-13476)
- Vortioxetine Tablets (Lundbeck and Takeda v. Zydus 1:18-cv-00088-LPS (consolidated)
- Lenalidomide Capsules (Celgene v. Zydus 2:17-cv-02528-SDW-LDW)
- Macitentan Tablets (Actelion v. Zydus 3:18-cv-01397-FLW-LHG)
- Dapagliflozin Tablets (AstraZeneca 1:18-cv-00664-RGA)
- Apremilast Tablets (Celgene v. Zydus 3:18-cv-11267)
- Tavaborole Topical Solution (Anacor v. Zydus 1:18-cv-01673-UNA)
- Canagliflozin Tablets (Mitsubishi v. Zydus 3:17-cv-05302-FLW-DEA)
- Canagliflozin and Metformin Hydrochloride Tablets (Mitsubishi v. Zydus 3:17-cv-05319-MAS-LHG)
- Empagliflozin Tablets (Boehringer v. Zydus 1:18-cv-01689-CFC-SRF (consolidated))
- Empagliflozin and Metformin Hydrochloride Tablets (Boehringer v. Zydus 1:18-cv-01689-CFC-SRF (Consolidated))
- Empagliflozin and Linagliptin Tablets (Boehringer v. Zydus 1:18-cv-01689-CFC (consolidated))
- Palbociclib Capsules (Pfizer v. Zydus 1:19-cv-00760-CFC)
- Eluxadoline Tablets (Allergan v. Zydus 1:19-cv-01727-RGA)
- Sitagliptin Tablets (Merck v. Zydus 1:19-cv-00314-RGA)
- Sitagliptin and Metformin Hydrochloride Tablets (Merck v. Zydus 1:19-cv-00314-RGA)
- Sitagliptin and Metformin Extended-Release Tablets (Merck v. Zydus 1:19-cv-00314-RGA)
- Fingolimod Capsules (Novartis v. Zydus 1:18-cv-01043-LPS)
- Dimethyl Fumarate Delayed-Release Capsules (Biogen v. Zydus 1:17-cv-00823-LPS (consolidated))
- Cinacalcet (Amgen Inc. v. Zydus, Defendant-Cross-Appellants 18-2414, 19-1086)
- Plerixafor (Genzyme v. Zydus 18-2362)
- Tofacitnib (Pfizer v. Zydus 17-158 (LPS) consolidated)
- Brexpiprazole (Otsuka v. Zydus 1:99-mc-09999)