1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  RENU R. GEORGE, State Bar No. 262310
   Supervising Deputy Attorney General
3  KARLI EISENBERG, State Bar No. 281923
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7913
6   Fax: (916) 324-5567
    E-mail: Karli.Eisenberg@doj.ca.gov
7  *Attorneys for Defendant Xavier Becerra, in his
   official capacity as Attorney General of the State of*
8  *California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,** | 2:19-cv-02281-TLN-DB |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATION SETTING THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| **XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,** | Courtroom: 2<br>Judge: The Honorable Troy L. Nunley<br>Action Filed: November 12, 2019 |
| Defendant. | |

1

Order Granting the Parties' Stipulation Setting the Briefing Schedule for Plaintiff's Motion for a Preliminary Injunction (No. 2:19-cv-02281-TLN-DB)

Upon consideration of the Stipulation Setting a Briefing Schedule for Plaintiff's Motion for a Preliminary Injunction, and for good cause shown, it is hereby ORDERED that the proposed briefing schedule outlined in the stipulation is GRANTED, **specifically as follows**. Defendant's opposition brief and related papers are due not later than **12:00 PM (noon) on Tuesday, December 10, 2019**; all amicus briefs supporting Defendant are due at **12:00 PM (noon) on Tuesday, December 10, 2019**; and Plaintiff's reply brief, if any, is due at **12:00 PM (noon) on Tuesday, December 17, 2019**. The hearing on Plaintiff's motion for a preliminary injunction remains set at 2:00 PM. on December 19, 2019, at the U.S. District Court for the Eastern District of California, Courtroom 2, 15th Floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
Troy L. Nunley
United States District Judge