1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  RENU R. GEORGE, State Bar No. 262310
   Supervising Deputy Attorney General
3  KARLI EISENBERG, State Bar No. 281923
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7913
6   Fax: (916) 324-5567
    E-mail: Karli.Eisenberg@doj.ca.gov
7  *Attorneys for Defendant Xavier Becerra, in his
   official capacity as Attorney General of the State of*
8  *California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION FOR ACCESSIBLE MEDICINES,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Defendant. | 2:19-cv-02281-TLN-DB<br><br>**ORDER GRANTING THE STIPULATION REGARDING STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL**<br><br>Courtroom: 2<br>Judge: The Honorable Troy L. Nunley<br>Action Filed: November 12, 2019 |

Upon consideration of the parties' Stipulation Regarding Stay of District Court Proceedings Pending Appeal, it is hereby ORDERED that the district court case is stayed pending resolution of Plaintiff's appeal. The parties are hereby ordered to promptly notify the Court of any decision of the U.S. Court of Appeals for the Ninth Circuit resolving the appeal, and are further ordered at that time to promptly meet and confer to discuss proposed next steps in resolving the case, including but not limited to, a motion to address the status of the stay. Additionally, the parties are ordered to file a motion to address the status of the stay within fourteen days of the issuance of the U.S. Court of Appeals for the Ninth Circuit decision resolving the appeal.

The Court further orders a status conference six months from the date of the signing of this order.

**IT IS SO ORDERED.**

Dated: January 14, 2020

Troy L. Nunley
United States District Judge