# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ASSOCIATION FOR ACCESSIBLE MEDICINES,**

CASE NO: **2:19−CV−02281−TLN−DB**

v.

**XAVIER BECERRA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/25/2020**

**Keith Holland**
Clerk of Court

ENTERED: **August 25, 2020**

by: /s/ K. Zignago
Deputy Clerk